IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN MCCANN, MD and TMS OF LOUISIANA, LLC<br><br>v.<br><br>NEURONETICS, INC. and LEAF CAPITAL FUNDING, LLC | CIVIL ACTION<br><br>NO. 21-1132 |

## ORDER RE: DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

**AND NOW**, this 17th day of November, 2021, after careful consideration of Defendant Neuronetics, Inc.'s Motion to Compel Arbitration and Stay Proceedings (ECF 19), Plaintiffs Shawn McCann, MD and TMS of Louisiana, LLC's Response (ECF 21), and Defendant's Reply (ECF 22), it is hereby **ORDERED** that Petitioner's Motion is **GRANTED**. This action shall proceed to arbitration. Proceedings in this Court are stayed until completion of the arbitration process or further order of the Court.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 21\21-1132 McCann et al v. Neuronetics, Inc. et al\21cv1132 Order re Motion to Compel Arbitration.docx