IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| SHAWN MCCANN, MD and TMS OF LOUISIANA, LLC<br><br>v.<br><br>NEURONETICS, INC. and LEAF CAPITAL FUNDING, LLC | CIVIL ACTION<br><br>NO. 21-1132 |
|---|---|

## ORDER RE: PLAINTIFFS' MOTION TO STRIKE OBJECTIONS AND COMPEL DISCOVERY

**AND NOW**, this 17th day of November, 2021, it is hereby **ORDERED** that because this action is proceeding to arbitration, Plaintiffs' Motion to Strike Objections and Compel Discovery (ECF 23) is **DENIED** as moot.

BY THE COURT:

/s/ MICHAEL M. BAYLSON
_____
MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 21\21-1132 McCann et al v. Neornetics, Inc. et al\21cv1132 Order re Motion to Compel Discovery.docx